JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 360SWEATER COMPANY LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NINGXIA JUDIAN ELECTRONIC COMMERCE CO., LTD., a business entity of unknown form, doing business as GENTLE HERD,<br><br>Defendant. | Case No. 2:21-cv-00440 SVW (RAOx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT NINGXIA COMMERCE CO., LTD.** |

The Court, having considered the Application for Default Judgment against Defendant Ningxia Judian Electronic Commerce Co., Ltd ("Defendant"), and the supporting declaration, exhibits and pleadings on file in this action, and good cause appearing therefore, hereby ORDERS, ADJUDGES, and DECREES as follows:

1. The Application is GRANTED.

2. The Summons and Complaint were served on Defendant on March 18, 2021.

3. The Defendant failed to appear and answer the Complaint, which constitutes an admission of the allegations set forth in Plaintiff's Compliant.

4. The clerk of the Court entered default against the Defendant on April 13, 2021.

5. A default judgment is hereby entered in favor of Plaintiff 360 Sweater Company, LLC ("Plaintiff") and against Defendant in the amount of $2,044,262.25.

6. The Court permanently enjoins the Defendant, on a worldwide basis, from:

(a) Selling, manufacturing, distributing, advertising, or publicizing any goods or services using any mark which is identical to Plaintiff's NAKED CASHMERE Marks, or any other mark, name, symbol, or logo that is a reproduction, counterfeit, copy, or colorable imitation of, incorporates or is confusingly similar to, or is substantially indistinguishable from the NAKED CASHMERE Marks;

(b) Selling, manufacturing, distributing, advertising, or publicizing any goods or services under any mark which is identical to Plaintiff's NAKED CASHMERE Marks, or any other mark, name, symbol, or logo that is likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that Defendant's business or goods are sponsored or endorsed by Plaintiff, is authorized by Plaintiff, or is connected in some way with Plaintiff or the NAKED CASHMERE Marks;

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 44184768v1

(c) Falsely implying Plaintiff's endorsement of, sponsorship of, or affiliation with Defendant's goods or business, or engaging in any act or series of acts which, either alone or in combination, constitutes unfair methods of competition with Plaintiff and from otherwise interfering with, or injuring, the Plaintiff's NAKED CASHMERE Marks, or the goodwill associated therewith;

(d) Engaging in any act that or injures or is likely to injure Plaintiff's business reputation;

(e) Representing or implying that Defendant is in any way sponsored by, affiliated with, or endorsed or licensed by Plaintiff;

(f) Knowingly assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs 2(a) to 2(f) above.

IT IS SO ORDERED.

Dated: July 8, 2021

_____
Hon. Stephen V. Wilson
United States District Court Judge

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 44184768v1